# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 1:25MJ9270 |
| Plaintiff, | ) MAGISTRATE JUDGE JENNIFER ) DOWDELL ARMSTRONG |
| v. | ) |
| LARRY LEON DWIGHT WILEY, | ) |
| Defendant. | ) PETITION FOR WRIT OF HABEAS ) <u>CORPUS AD PROSEQUENDUM</u> |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION:

The petitioner, Margaret Sweeney, Assistant United States Attorney for the Northern District of Ohio, respectfully submits to the Court that Larry Leon Dwight Wiley is now confined in the Cuyahoga County Jail, Cleveland, Ohio, and is in the custody of the Sheriff for said Institution.

Your petitioner further shows to the Court that the defendant has been charged in this District with a violation of Title 18, United States Code, Section(s) 111, and pursuant to said charge is to appear for Initial Appearance on Thursday, October 16, 2025, at 9:00 a.m. before the Honorable Magistrate Judge Jennifer Dowdell Armstrong in the United States District Court for the Northern District of Ohio, EASTERN Division.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to the above-named custodian and/or the United States Marshal at Cleveland or their designee, and/or FBI and/or the Cuyahoga County Jail to produce the defendant before this Court at the above-specified time and place and for such other and further

proceedings as the Court may deem proper as it pertains to the prosecution of said charges; and that immediately after the said defendant completes this and any future court proceedings, Defendant be returned to said custodian under safe and secure conduct.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By:   /s/ Margaret A. Sweeney
     Margaret A. Sweeney (OH: 0086591)
     Assistant United States Attorney
     United States Court House
     801 West Superior Avenue, Suite 400
     Cleveland, OH 44113
     (216) 622-3990
     (216) 522-7499 (facsimile)
     Margaret.Sweeney@usdoj.gov

I, Margaret Sweeney, do declare under penalty of perjury that the foregoing is true and correct.

     s/ Margaret Sweeney
     Margaret Sweeney
     Assistant United States Attorney

Executed on 10/15/2025.